CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 15 2019

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 2:19CR5 |
| v. | : | |
| | : | |
| **MITCHELL NORBERT NICHOLAS** | : | Violations: 18 U.S.C. §§ 115, 876 |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about November 5, 2018, in the Western District of Virginia and elsewhere, MITCHELL NORBERT NICHOLAS knowingly deposited in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to United States District Judge Curtis Gomez, a United States judge, and containing a threat to injure the person of the addressee or of another.

2. All in violation of Title 18, United States Code, Section 876(c).

### COUNT TWO

The Grand Jury charges that:

1. On or about November 5, 2018, in the Western District of Virginia and elsewhere, MITCHELL NORBERT NICHOLAS knowingly deposited in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to United States Magistrate Judge Ruth Miller, a United States judge, and containing a threat to injure the person of the addressee or of another.

2. All in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

The Grand Jury charges that:

1. On or about November 5, 2018, in the Western District of Virginia and elsewhere, MITCHELL NORBERT NICHOLAS threatened to murder United States District Judge Curtis Gomez, a United States judge, with the intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with the intent to retaliate against such judge on account of the performance of official duties.

2. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT FOUR

The Grand Jury charges that:

1. On or about November 5, 2018, in the Western District of Virginia and elsewhere, MITCHELL NORBERT NICHOLAS threatened to murder United States Magistrate Judge Ruth Miller, a United States judge, with the intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with the intent to retaliate against such judge on account of the performance of official duties.

2. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL, this _15_ day of May, 2019.

/s/ Grand Jury Foreperson

_Thomas Cullen by LLB_
THOMAS T. CULLEN
United States Attorney

_USAO#2019R00309_