# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 22 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:19CR00005 |
| v. ) | |
| ) | **VERDICT** |
| MITCHELL NORBERT NICHOLAS, ) | |
| Defendant. ) | |

We, the jury, unanimously find the defendant, Mitchell Norbert Nicholas:

Of the charge contained in **Count One** of the Indictment:

_____         \_\_\_\_✓_____
Not Guilty                  Guilty

*If you find the defendant guilty of Count One, answer the following question:*

Was the communication addressed to a United States Judge?

\_\_\_✓_____         _____
Yes                         No

Of the charge contained in **Count Two** of the Indictment:



_____          _____
     Not Guilty                  Guilty

*If you find the defendant guilty of Count Two, answer the following question:*

Was the communication addressed to a United States Judge?



_____          _____
       Yes                        No


Of the charge contained in **Count Three** of the Indictment:

_____          _____
     Not Guilty                  Guilty

Of the charge contained in **Count Four** of the Indictment:

_____   _____
Not Guilty                            Guilty ✓

*Marc A Ross*
Foreperson